IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JEFFERSON BURGESS,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV206-001

Dr. CYNTHIA R. WARE-BURGESS;
BARBARA FORD; AMY ROBERTS;
CHARLES LEE; JACQUELINE MARTIN
a/k/a JACQUELINE MILLER; PHILIP
J. LYONS, Senior U.S.P.O.; DAVID M.
PAGA, U.S.P.O.; J. BARRY
BARGAINNIER, Supervising U.S.P.O.;
Officer MIKE DEL LAQUE; Officer
BROWN; JELL KOSBAR, Revocational
Examiner; HOLLE WEISS-FRIEDMAN,
Attorney; GRAYSON P. LANE, Attorney;
MARK WENDELL; JOE HAMIL,
ex-Magistrate; T. GROH, BOP Unit
Manager, FCI Elkton; J. NUSSER,
BOP Case Manager, FCI Elkton;
E. M. WILKES, III, Judge, Superior
Courts; L. JAMSKY, Clerk, Glynn
Superior Court; UNITED COMMUNITY
BANK; JAMES SPRAGUE;
Mr. BUTTERFIELD, and UNKNOWN
CO-CONSPIRATORS,

    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

AO 72A
(Rev. 8/82)

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the __3rd__ day of __April__, 2006.

**SO ORDERED**, this __16th__ day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)