IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JEFFERSON BURGESS,

    Plaintiff,

vs.                                                                     CIVIL ACTION NO.: CV206-001

Dr. CYNTHIA R. WARE-BURGESS;
BARBARA FORD; AMY ROBERTS;
CHARLES LEE; JACQUELINE MARTIN
a/k/a JACQUELINE MILLER; PHILIP
J. LYONS, Senior U.S.P.O.; DAVID M.
PAGA, U.S.P.O.; J. BARRY
BARGAINNIER, Supervising U.S.P.O.;
Officer MIKE DEL LAQUE; Officer
BROWN; JELL KOSBAR, Revocational
Examiner; HOLLE WEISS-FRIEDMAN,
Attorney; GRAYSON P. LANE, Attorney;
MARK WENDELL; JOE HAMIL,
ex-Magistrate; T. GROH, BOP Unit
Manager, FCI Elkton; J. NUSSER,
BOP Case Manager, FCI Elkton;
E. M. WILKES, III, Judge, Superior
Courts; L. JAMSKY, Clerk, Glynn
Superior Court; UNITED COMMUNITY
BANK; JAMES SPRAGUE;
Mr. BUTTERFIELD, and UNKNOWN
CO-CONSPIRATORS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Plaintiff has filed a Motion to Amend and Objections. In his Objections, Plaintiff contends that the allegations contained in his original petition and in his Objections clarify his original Complaint. Plaintiff asserts that Defendant Ware-Burgess, his ex-wife, conspired with federal probation officers to revoke

AO 72A
(Rev. 8/82)

his parole. Plaintiff alleges that his court-appointed attorney informed him that Plaintiff's ex-wife wanted his parole revoked so that she could gain full custody of the couple's son. Plaintiff also alleges that only his parole officers could have his parole revoked. Plaintiff appears to contend that these "facts" establish that Defendants conspired together in an effort to violate his constitutional rights.

Upon review, Plaintiff's Motion to Amend is **DENIED**. Plaintiff's Objections are without merit. The Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed.2d 619 (1971), is frivolous and is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3 day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)