IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JEFFERSON BURGESS,

    Plaintiff,

vs.

Dr. CYNTHIA R. WARE-BURGESS;
BARBARA FORD; AMY ROBERTS;
CHARLES LEE; JACQUELINE MARTIN
a/k/a JACQUELINE MILLER; PHILIP
J. LYONS, Senior U.S.P.O.; DAVID M.
PAGA, U.S.P.O.; J. BARRY
BARGAINNIER, Supervising U.S.P.O.;
Officer MIKE DEL LAQUE; Officer
BROWN; JELL KOSBAR, Revocational
Examiner; HOLLE WEISS-FRIEDMAN,
Attorney; GRAYSON P. LANE, Attorney;
MARK WENDELL; JOE HAMIL,
ex-Magistrate; T. GROH, BOP Unit
Manager, FCI Elkton; J. NUSSER,
BOP Case Manager, FCI Elkton;
E. M. WILKES, III, Judge, Superior
Courts; L. JAMSKY, Clerk, Glynn
Superior Court; UNITED COMMUNITY
BANK; JAMES SPRAGUE;
Mr. BUTTERFIELD, and UNKNOWN
CO-CONSPIRATORS,

    Defendants.

CIVIL ACTION NO.: CV206-001

## ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order dated April 3, 2006. That Order denied Plaintiff's Motion to Amend his Complaint. The Order also dismissed, after an independent review, Plaintiff's complaint for failure to state a claim pursuant to 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed.2d 619 (1971). In his Motion, Plaintiff asserts that a "cursory reading" of his Complaint and Amended Complaint proves that Defendants had a "meeting of the minds" to deprive him of his liberty and constitutional

AO 72A
(Rev. 8/82)

rights. (Mot., p.2.) Plaintiff also asserts that the undersigned erred in adopting the Magistrate Judge's Report and Recommendation because dismissing his case goes against United States Supreme Court precedent. Plaintiff's Motion for Reconsideration is without merit and it is **DENIED**. The Order dated April 3, 2006, shall remain the Order of the Court.

**SO ORDERED**, this ___19___ day of ___April___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)